Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Virginia T. Tomova, Esq.
Nevada Bar No. 12504
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
virginia.tomova@wilsonelser.com
*Attorneys for Defendants Nathan Scott and D3B, LLC d/b/a Massage Envy*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRYNA STANDLEY,<br><br>       Plaintiff,<br><br>       vs.<br><br>NATHAN SCOTT, individually; D3B, LLC d/b/a MASSAGE ENVY; DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30 inclusive,<br><br>       Defendants | CASE NO.: 2:14-cv-00588<br><br>**STIPULATION AND ORDER TO REMAND ACTION PURSUANT TO 28 U.S.C. §1447** |

   IT IS HEREBY STIPULATED by and between Christian Morris, Esq., of NETTLES LAW FIRM, attorneys for Plaintiff, IRYNA STANDLEY (hereinafter "Plaintiff"), and Kym Samuel Cushing, Esq., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendants, NATHAN SCOTT and D3B, LLC d/b/a MASSAGE ENVY (hereinafter "Defendants"), that complete diversity does not exist in this litigation between Plaintiff and Defendants necessary to maintain the subject matter jurisdiction in this Court, and that this case shall be REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all further proceedings.

/ / /

/ / /

/ / /

/ / /

635682v.1

DATED this 2nd day of May, 2014.               DATED this 2nd day of May, 2014.

**WILSON, ELSER, MOSKOWITZ,**                  **NETTLES LAW FIRM**
**EDELMAN & DICKER LLP**


BY:   /s/ Kym Samuel Cushing, Esq.             BY:   /s/ Christian Morris, Esq.
   Kym Samuel Cushing, Esq.                       Christian Morris, Esq.
   Nevada Bar No. 004242                          Nevada Bar No.
   Douglas M. Rowan, Esq.                         1389 Galleria Drive, Suite 200
   Nevada Bar No. 004736                          Henderson, Nevada 89014
   300 South Fourth Street, 11th Floor            *Attorney for Plaintiff Iryna Standley*
   Las Vegas, Nevada  89101
   *Attorneys for Defendants Nathan Scott and*
   *D3B, LLC d/b/a Massage Envy*

# ORDER

IT IS HEREBY ORDERED that, as there is no complete diversity between the parties necessary to maintain the subject matter jurisdiction in this Court, this case is REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all future proceedings, pursuant to the terms stipulated by the parties as set forth herein.

Dated:  May 7, 2014.

_____
UNITED STATES DISTRICT COURT

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN**
**& DICKER LLP**


BY:  /s/ Kym Samuel Cushing, Esq.
   Kym Samuel Cushing, Esq., Nevada Bar No. 004242
   Virginia T. Tomova, Esq., Nevada Bar No. 12504
   300 South Fourth Street, 11th Floor
   Las Vegas, Nevada  89101
   Attorneys for Defendants Nathan Scott and D3B, LLC
   d/b/a Massage Envy